

FILED
FEB 1 6 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

1  BENJAMIN B. WAGNER
   United States Attorney
2  R. STEVEN LAPHAM
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2891

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 2 12 - CR - 0 0 6 0 MCE |
| ) | |
| Plaintiff, ) | ORDER TO SEAL |
| v. ) | (UNDER SEAL) |
| ) | |
| SERGEY SHCHIRSKIY, et al. ) | |
| ) | |
| Defendants. ) | |

The Court hereby orders that the Indictment, the Petition of Assistant U.S. Attorney R. Steven Lapham to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until the arrest of the defendant or until further order of the Court.

DATED: Feb 16, 2012

KENDALL J. NEWMAN
United States Magistrate Judge

1