BENJAMIN B. WAGNER
United States Attorney
R. STEVEN LAPHAM
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2724

FILED
APR 17 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
      DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 2:12-cr-0060 MCE |
| Plaintiff, | |
| v. | ORDER UNSEALING FILES |
| SERGEY SHCHIRSKIY, ANTON TKACHEV, and NAZHMUDIN RUSTAMOV, | |
| Defendants. | |

Upon application of the Government, and good cause appearing therefore, IT IS HEREBY ORDERED that the files in the above-referenced case be, and hereby are, UNSEALED.

DATED: April 17, 2012

GREGORY G. HOLLOWS
_____
HONORABLE GREGORY G. HOLLOWS
United States Magistrate Judge