CANDICE FIELDS LAW
CANDICE L. FIELDS – SBN 172174
455 Capitol Mall, Suite 350
Sacramento, California 95814
(916)414-8050
cfields@candicefieldslaw.com

Attorneys for Defendant Nazhmudin Rustamov

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>SERGEY SHCHIRSKIY, et. al.,<br><br>                Defendants. | CASE NO. 2:12-CR-0060 TLN<br><br>STIPULATION REGARDING CONTINUATION OF STATUS CONFERENCE AND EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: JANUARY 16, 2014<br>TIME: 9:30 A.M.<br>JUDGE: TROY L. NUNLEY |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants Sergey Shchirskiy, Anton Tkachev, and Nazhmudin Rustamov, by and through their counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on January 16, 2014, at 9:30 a.m., before Judge Troy L. Nunley.

2. By this stipulation, defendants now move to continue the status conference until May 1, 2014, at 9:30 a.m., before Judge Troy L. Nunley, and to exclude time between January 16, 2014 and May 1, 2014, inclusive, under Local Code T4 (to allow defense counsel time to prepare).

1

Plaintiff does not oppose this request.

  3.  The parties agree and stipulate, and request that the Court find the following:

  a.  The government has represented that the discovery associated with this case includes over 1,500 pages of discovery, including investigative reports and bank records and related documents.  All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

  b.  Counsel for the defendants desire additional time to consult with their clients, to review the current charges, to conduct investigation and research related to the charges, to review and copy discovery for this matter, and to discuss potential resolutions with their clients.

  c.  Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  d.  The government does not object to the continuance.

  e.  Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

  f.  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 16, 2014 to May 1, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

/ / /

  4.  Nothing in this stipulation and order shall preclude a finding that other provisions of

the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED: January 14, 2014

/s/ Candice L. Fields for_____
Lee S. Bickley
Assistant United States Attorney

DATED: January 14, 2014

/s/ Candice L. Fields for _____
Danny D. Brace, Jr.
Counsel for Defendant Sergey Shchirskiy

DATED: January 14, 2014

/s/ Candice L. Fields for _____
Chris Haydn-Myer
Counsel for Defendant Anton Tkachev

DATED: January 14, 2014

/s/ _Candice L. Fields_____
Candice L. Fields
Counsel for Defendant Nazhmudin Rustamov

**O R D E R**

IT IS SO FOUND AND ORDERED this 15th day of January, 2014.

_____
Troy L. Nunley
United States District Judge