HAYDN-MYER LAW OFFICE
CHRISTOPHER HAYDN-MYER, CA BAR NO. 176333
1478 Stone Point Drive, Suite 400
Roseville, California 95661
Telephone: (916) 622-1703
Facsimile: (916) 760-2767
Email: chrishaydn@sbcglobal.net

Attorney for Defendant
ANTON TKACHEV

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>SERGEY SHCHIRSKIY, et. al.,<br><br>　　　　Defendants. | CASE NO. 2:12-CR-0060 TLN<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE; FINDING OF EXCLUDABLE TIME<br><br>Date:　May 1, 2014<br>Time:　9:30 A.M.<br>Court: Hon. Troy L. Nunley |

**STIPULATION**

　　Plaintiff, United States of America, through its counsel of record, and defendants, Sergey Shchirskiy, Anton Tkachev, and Nazhmudin Rustamov, by and through their counsel of record, hereby stipulate and agree as follows:

　　1. A status conference is currently set for May 1, 2014 at 9:30 a.m.

　　2. By this stipulation, the above-named defendants now move to continue the status Conference to July 24, 2014 at 9:30 a.m., and to exclude time between May 1, 2014 to

July 24, 2014 under Local Code T4.  Plaintiff does not oppose this request.

3. The basis upon which the parties agree to this proposed continuance of the status conference is as follows:

a. The government has produced discovery which to date includes over 1,500 pages, including investigative reports and bank records and related documents.  All of this discovery has been either produced directly to counsel and/or made available.

b. Counsel for the defendants are still in the process of reviewing the discovery materials, and investigating the case.  Counsel has also been informed that at least one of the co-defendants has requested a plea agreement, and is in the process of negotiating a resolution with the government.

c. Counsel for the defendants believe that failure to grant the above-requested continuance would deny their clients the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d. Plaintiff does not object to the continuance.

e. Based on the above-stated findings, the ends of justice served by continuing the status conference as requested outweigh the best interest of the public and the

defendants in a trial within the original date prescribed by the Speedy Trial Act.

 f. For the purpose of computing time under the Speedy Trial Act, 16 U.S.C. § 3161, et seq., within which trial must commence, the time period from May 1, 2014 to July 24, 2014 inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(a), B (iv) [Local Code T4] because it results from a continuance by the Court at the defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

5. Finally, Christopher Haydn-Myer has been authorized by counsel to sign this stipulation on their behalf.

**IT IS SO STIPULATED.**

DATED: April 28, 2014   BENJAMIN B. WAGNER
             Unites States Attorney

             /s/ Christopher Haydn-Myer for
             Lee S. Bickley
             Assistant United States Attorney
             for Plaintiff United States

///

```
DATED: April 28, 2014

                                /s/ Christopher Haydn-Myer for
                                Danny D. Brace, Jr.
                                Attorney for Sergey Shchirskiy

DATED: April 28, 2014

                                /s/ Christopher Haydn-Myer for
                                Candice L. Fields
                                Attorney for Nazhmudin Rustamov


DATED: April 28, 2014           HAYDN-MYER LAW OFFICE

                                /s/ Christopher Haydn-Myer
                                CHRISTOPHER HAYDN-MYER
                                Attorney for Anton Tkachev
```

**ORDER**

IT IS SO FOUND AND ORDERED this 29th of April, 2014.

_____
Troy L. Nunley
United States District Judge