CANDICE FIELDS LAW
CANDICE L. FIELDS – SBN 172174
455 Capitol Mall, Suite 802
Sacramento, California  95814
(916)414-8050
cfields@candicefieldslaw.com

Attorneys for Defendant Nazhmudin Rustamov

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:12-CR-0060 TLN |
| Plaintiff, | STIPULATION REGARDING CONTINUATION OF STATUS CONFERENCE AND EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| SERGEY SHCHIRSKIY, et. al., | |
| Defendants. | DATE:  SEPTEMBER 25, 2014<br>TIME:   9:30 A.M.<br>JUDGE: TROY L. NUNLEY |

**STIPULATION**

   Plaintiff United States of America, by and through its counsel of record, and defendants Sergey Shchirskiy, Anton Tkachev, and Nazhmudin Rustamov, by and through their counsel of record, hereby stipulate as follows:

   1.   By previous order, this matter was set for status on September 25, at 9:30 a.m., before Judge Troy L. Nunley.

   2.   By this stipulation, defendants now move to continue the status conference until November 13, 2014, at 9:30 a.m., before Judge Troy L. Nunley, and to exclude time between September 25, 2014 and November 13, 2014, inclusive, under Local Code T4 (to allow defense

1

counsel time to prepare).  Plaintiff does not oppose this request.

      3.      The parties agree and stipulate, and request that the Court find the following:

      a.      The government has represented that the discovery associated with this case includes over 1,500 pages of discovery, including investigative reports, bank records and related documents. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

      b.      Counsel for the defendants desire additional time to consult with their clients, to review the current charges, to conduct investigation and research related to the charges, to review and copy discovery for this matter, and to discuss potential resolutions with their clients.

      c.      Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d.      The government does not object to the continuance.

      e.      Further, the case was recently reassigned to Assistant United States Attorney Heiko P. Coppola, who has been in trial in other matters.  Therefore, the government desires additional time to review the current charges and discovery and to discuss potential resolution with defense counsel.

      e.      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f.      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 25, 2014 to November 13, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the

public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED: September 17, 2014

/s/ Candice L. Fields for  _____
Heiko P. Coppola
Assistant United States Attorney

DATED: September 17, 2014

/s/ Candice L. Fields for  _____
Danny D. Brace, Jr.
Counsel for Defendant Sergey Shchirskiy

DATED: September 17, 2014

/s/ Candice L. Fields for  _____
Chris Haydn-Myer
Counsel for Defendant Anton Tkachev

DATED: September 17, 2014

/s/ Candice L. Fields  _____
Candice L. Fields
Counsel for Defendant Nazhmudin Rustamov

**O R D E R**

IT IS SO FOUND AND ORDERED this 22nd day of September, 2014.

Troy L. Nunley
United States District Judge

3