BENJAMIN B. WAGNER
United States Attorney
HEIKO P. COPPOLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2770

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:12-CR-0060 TLN |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] PROTECTIVE ORDER RE: DISSEMINATION OF DISCOVERY DOCUMENTS CONTAINING PERSONAL IDENTIFYING INFORMATION |
| v. | |
| SERGEY SHCHIRSKIY, et al., | |
| Defendants, | |

IT IS HEREBY STIPULATED AND AGREED among the parties that documents provided as discovery from the case of United States v. Kuzmenko, et.al., in this case to all defense counsel are subject to a Protective Order. Defendants are charged with engaging in a mortgage fraud scheme.

The parties agree that the Kuzmenko, et.al. discovery contains "Protected Information," which is defined here as including third-party victim, third-party co-defendant and third-party witness social security numbers, driver's license numbers, bank account numbers, dates of birth, addresses, telephone numbers, email addresses, financial records, tax records, and immigration records. The Protective Order signed in this case extends to all documents provided, including those concerning conduct not directly charged in the Indictment.

By signing this Stipulation, defense counsel agrees that the Protected Information is being entrusted to counsel only for the purposes of representing his/her respective defendant in this

criminal case and for no other purpose.  Further, defense counsel agrees not to share any documents that contain Protected Information with anyone other than his/her designated defense investigators, experts, and support staff.   Defense counsel will have a duty to inform their defense investigators, experts, and support staff of this Order and provide them with a copy of it.  Defense counsel may permit the defendants to review the Protected Information and be aware of its contents, but defendants shall not be given control of the Protected Information or be provided any copies of the Protected Information which has not been redacted of the Protected Information.  Any person receiving Protected Information or a copy of the Protected Information from counsel for the defendants shall be bound by the same obligations as counsel and further may not give the Protected Information to anyone (except that the protected documents shall be returned to counsel).

All counsel agree to store Protected Information in a secure place and to use care to ensure that information is not disclosed to third parties in violation of this agreement.  At the conclusion of the case, all defense counsel agree to destroy all copies of Protected Information or to return the Protected Information to the United States and certify that this has been accomplished.

Notwithstanding the foregoing, counsel, staff and/or the investigator for the defendant may make copies of the Protected Information for trial preparation and presentation.  Any copies must, however, remain in the possession of counsel, investigator, staff, expert or the Court.

Nothing in this Stipulation and Protective Order prevents a defense counsel or his/her respective defendant from maintaining unredacted copies of records concerning that respective defendant's own Protected Information.

In the event that the defendant substitutes counsel, undersigned defense counsel agrees to withhold these documents from new counsel unless and until substituted counsel agrees also to be bound by this order.

DATE: April 17, 2015                    BENJAMIN B. WAGNER
                                        United States Attorney


                                By:     /s/ Heiko P. Coppola
                                        HEIKO P. COPPOLA
                                        Assistant U.S. Attorney

DATE:  April 17, 2015          /s/ Danny D. Brace, Jr.
                                              DANNY D. BRACE, JR.
                                              Attorney for Defendant Shchirskiy

DATE:  April 17, 2015          /s/ Edward W. Swanson
                                              EDWARD W. SWANSON
                                              Attorney for Defendant Tkachev

DATE:  April 17, 2015          /s/ Candice L. Fields
                                              CANDICE L. FIELDS
                                              Attorney for Defendant Rustamov

**IT IS SO ORDERED**:

Dated:  April 21, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE