DANNY D. BRACE, JR., #114466
LAW OFFICE OF DANNY D. BRACE, JR.
901 H Street, Suite 500
Sacramento, CA 95814
(916) 552-6660
Fax: (916) 447-0592

Attorney for Sergey Schirskiy

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 2:14-CR-198-TLN, |
| | )       2:11-CR-514-TLN |
| Plaintiff, | )       2:12-CR-060-TLN |
| | ) |
| vs. | ) STIPULATION TO CONTINUE |
| | ) JUDGMENT AND SENTENCING AND |
| SERGEY SHCHIRSKIY, | ) FOR MODIFICATION OF SENTENCING |
| | ) SCHEDULE |
| Defendant | ) |

_____

Plaintiff, United States of America, by and through its counsel of record, and the defendant SERGEY SCHIRSKIY, by and through his counsel of record, hereby stipulate as follows:

1.     By previous order, this matter was set for sentencing on May 4, 2017 at 9:30 a.m.

2.     By this stipulation, the defendant now moves to continue defendant's sentencing to May 18, 2017, at 9:30 a.m., and to exclude time between May 4, 2017 and May 18, 2017 under Local Code T4. Plaintiff and Probation does not oppose this request.

3.     The parties agree and stipulate, and request that the Court find the following:

a.     Due to other trials and other commitments, defense counsel was unable to coordinate a meeting with the defendant to review the Presentence Report and timely file an

opposition.   Additionally, Assistant United States Attorney Heiko Coppola has scheduled military duty out of State on May 4, 2017.

b.       Counsel for the defendants believe that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d.       The government and probation does not object to the continuance.

e.       Based on the above-stated findings, the ends of justice served by continuing the case.

4.       The parties stipulate and approve the following sentencing schedule changes:

Defendant's Informal Objection to the Presentence Report shall be due April 20, 2017.

The final Presentence Report shall be filed with the Court on April 27, 2017.

Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than May 4, 2017;

Reply, or Statement of Non-Opposition, May 11, 2017; and,

Judgment and Sentencing Date, May 18, 2017.

.

Respectfully submitted,


Date:  4-10-17                          By:  /s/ Danny D. Brace, Jr.,
                                              DANNY D. BRACE, JR.,
                                              Attorney for
                                              Sergey Shchirskiy

Date:   4-10-17                                    By:/s/Heiko Coppola
                                                   Authorized to sign for Mr. Coppola
                                                   On April 10, 2017
                                                   Heiko Coppola
                                                   Assistant U.S. Attorney

**IT IS SO ORDERED:**

Dated:  April 10, 2017

_____
Troy L. Nunley
United States District Judge